**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KRUZER, LLC | § | |
|     Plaintiff | § | |
| | § | Case No. 4:16-cv-03169 |
| v. | § | |
| | § | |
| RIVCO PRODUCTS, INC. | § | |
|     Defendant | § | |

## NOTICE OF SETTLEMENT

Plaintiff, KRUZER, LLC and Defendant RIVCO PRODUCTS, INC., jointly submit this Notice of Settlement to inform the Court that this lawsuit has settled. The Parties request that the court enter its customary order giving the parties 30 days in which to finalize settlement.

Respectfully submitted,

| | |
|---|---|
|  /s/ *W. Shawn Staples* |  /s/ T. *Earl LeVere* |
| W. Shawn Staples | T. Earl LeVere, *pro hac vice* |
| Tx Bar No. 00788457 | ICE MILLER LLP |
| Stanley Frank & Rose | 250 West Street, Suite 700 |
| 7026 Old Katy Rd., Suite 259 | Columbus, OH 43215 |
| Houston, Texas 77024 | Earl.LeVere@IceMiller.com |
| Tel: 713-980-4381 ▪ Fax: 713-980-1179 | Tel: 614-462-1095 |
| wsstaples@stanleylaw.com | Fax: 614-228-4847 |
| Attorneys for Plaintiff, | Counsel for Defendant |
| KRUZER, LLC | Rivco Products, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017 a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel of record, who are registered users of the system.

                                                      /s/ *W. Shawn Staples*