# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Kruzer, LLC, | : | |
| | : | Case No. 4:16-cv-03169 |
| Plaintiff, | : | |
| | : | Judge Lynn N. Hughes |
| v. | : | |
| | : | |
| Rivco Products, Inc., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Kruzer, LLC, hereby dismisses with prejudice all of the claims asserted in its Complaint filed in this action [Dkt. No. 1].

Based upon the foregoing, and pursuant to Rule 41(a)(1)(A)(ii), Defendant Rivco Products, Inc., stipulates to the dismissal without prejudice of the counterclaims asserted in its Answer and First Amended Counterclaim [Dkt. No. 14].

Respectfully submitted,

/s/ W. Shawn Staples (per email authority)
W. Shawn Staples (Tx. Bar No. 00788457)
Stanley Frank & Rose
7026 Old Katy Rd., Suite 259
Houston, Texas 77024
T:  719-980-4381
F:  713-980-1179
wsstaples@stanleylaw.com
*Counsel for Plaintiff Kruzer, LLC*

/s/ T. Earl LeVere
T. Earl LeVere (*pro hac vice to be filed*)
Ice Miller LLP
250 West Street
Columbus, Ohio  43215
T:  614-462-1095
F:  614-228-4847
Earl.LeVere@IceMiller.com
*Counsel for Defendant Rivco Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 22, 2017, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s / *W. Shawn Staples*
W. Shawn Staples